1  Alicia J. Donahue (SBN: 117412)
Frank C. Rothrock (SBN 54452)
2  SHOOK, HARDY & BACON L.L.P.
Jamboree Center
3  5 Park Plaza, Suite 1600
Irvine, California  92614-2546
4  Telephone:     949-475-1500
Facsimile:      949-475-0016
5  Email: adonahue@shb.com
Email: frothrock@shb.com
6
Attorneys for Proposed Intervenor-Defendant
7  Guidant Corporation

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  HERSH & HERSH,                          )  Case No.   C06-4234 PJH
                                            )
12           Plaintiff,                     )  **APPLICATION AND [~~PROPOSED~~] ORDER
                                            )  FOR SUBSTITUTION OF ATTORNEYS
13       vs.                                )  FOR PROPOSED INTERVENOR–
                                            )  DEFENDANT, GUIDANT CORPORATION;
14  UNITED STATES DEPARTMENT OF             )  SIGNATURE ATTESTATION**
HEALTH AND HUMAN SERVICES, et al.,          )
15                                          )
             Defendants.                    )
16

17

18          Proposed Intervenor-Defendant Guidant Corporation ("Guidant") hereby applies to substitute

19  in Shook, Hardy & Bacon, L.L.P. as its attorney of record in this action in the place of Wilson

20  Sonsini Goodrich & Rosati, Professional Corporation, 650 Page Mill Road, Palo Alto, California

21  94304-1050.  Guidant and counsel have consented to said substitution as indicated below by

22  execution of this application.

23

24  Dated:  March 27, 2007                    WILSON SONSINI GOODRICH & ROSATI

25

26                                            By: _____/s/ Diane M. Walters_____
                                                     Diane M. Walters
27

28                                          1
40715V2

1    I accept this substitution.

2    Dated:  March 28, 2007                    SHOOK, HARDY & BACON, L.L.P.

3

4                                              By: _____/s/ Alicia J. Donahue_____
                                                      Alicia J. Donahue
5                                                     Frank C. Rothrock

6
     I consent to this substitution.
7
     Dated:  March 27, 2007
8

9                                              By: _____/s/ Jeffery A. Kruse_____
                                                      Jeffery A. Kruse
10                                                    Senior Counsel
                                                      Boston Scientific Corporation, CRM
11                                                    (for Guidant Corporation, a wholly-
                                                      owned subsidiary of Boston Scientific
12                                                    Corporation)

13

14                                     **ORDER**

15   Guidant's application for substitution of attorneys is granted.

16

17   Dated:  _____3/29/07_____          _____
18                                              THE HONORABLE PHYLLIS J. HAMILTON
                                                United States District Judge

19                                              IT IS SO ORDERED

20                                              Judge Phyllis J. Hamilton

21

22

23

24

25

26

27
                                        2
28   APPLICATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEYS FOR PROPOSED
     INTERVENOR–DEFENDANT, GUIDANT CORPORATION; SIGNATURE ATTESTATION
                                                      CASE NO. C06-4234 PJH

     40715V2

1

**SIGNATURE ATTESTATION**

2

3        I hereby attest that I have on file all holograph signatures for any signatures indicated by a

4   "conformed" signature (/S/) within the efiled document, entitled "Application and [Proposed] Order

5   for Substitution of Attorneys for Proposed Intervenor-Defendant, Guidant Corporation."

6

7   Dated:  March 28, 2007                         SHOOK, HARDY & BACON, L.L.P.

8

9                                                  By: _____/s/ Alicia J. Donahue_____
                                                          Alicia J. Donahue
10                                                        Frank C. Rothrock

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                                   3
28   APPLICATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEYS FOR PROPOSED
     INTERVENOR–DEFENDANT, GUIDANT CORPORATION; SIGNATURE ATTESTATION
                                                   CASE NO. C06-4234 PJH
     40715V2