SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
SARA WINSLOW (DCBN 457643)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6925
    Facsimile: (415) 436-6748
    Email: sara.winslow@usdoj.gov
Attorneys for Defendant HHS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HERSH & HERSH, ) | No. C 06-4234 PJH |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **HEARING DATE** |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |

    Subject to the Court's approval, Plaintiff, Hersh & Hersh, and Defendants, the United States Department of Health and Human Services (HHS) and Guidant Corporation, hereby agree and stipulate to continue the hearing on Guidant Corporation's Motion to Remand (Dkt No. 47). The hearing is currently set for July 11, 2007 at 9:00 a.m. The parties hereby stipulate to continue the hearing to July 18, 2007 at 9:00 a.m. The continuance is needed because counsel for HHS has a scheduling conflict on July 11.

DATED: May 31, 2007              Respectfully submitted,

                                      SCOTT N. SCHOOLS
                                      United States Attorney

                                       /s/
                                      SARA WINSLOW
                                      Assistant United States Attorney
                                      Attorneys for Defendant HHS

DATED: May 29, 2007                    SHOOK, HARDY & BACON L.L.P.

/s/
FRANK C. ROTHROCK
DAROLYN Y. HAMADA
Attorneys for Defendant Guidant Corporation

DATED: May 30, 2007                    HERSH & HERSH
A PROFESSIONAL CORPORATION

/s/
AMY ESKIN
Attorneys for Plaintiff

## [~~PROPOSED~~] ORDER

Pursuant to Stipulation, IT IS HEREBY ORDERED THAT the hearing on Guidant Corporation's Motion to Remand These Proceedings to the Department of Health and Human Services for the Purpose of Completing Plaintiff's Administrative Appeal (Dkt No. 47) shall be held on July ~~18~~ 25, 2007 at 9:00 a.m.

Any oppositions to the motion are due June 27, 2007, and any reply is due on Thursday, July 5, 2007, due to the federal holiday on Wednesday, July 4.

IT IS SO ORDERED.

Dated: 6/4/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton