SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
SARA WINSLOW (DCBN 457643)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6925
   Facsimile: (415) 436-6748
   Email: sara.winslow@usdoj.gov
Attorneys for Defendant HHS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HERSH & HERSH, ) | No. C 06-4234 PJH |
| ) | |
|    Plaintiff, ) | **STIPULATION TO SET BRIEFING** |
| v. ) | **SCHEDULE; [P~~ROPOSED~~] ORDER** |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, et ) | |
| al., ) | |
|    Defendants. ) | |

     Subject to the Court's approval, Plaintiff, Hersh & Hersh, and Defendants, United States Department of Health and Human Services and Guidant Corporation, hereby agree and stipulate to the following briefing and hearing schedule in the above-captioned FOIA case:

     October 17, 2007    Defendants' Motion for Summary Judgment and <u>Vaughn</u> index due

     November 14, 2007    Plaintiff's Opposition due

     November 28, 2007    Defendants' Reply due

     December 12, 2007    Motion hearing

IT IS SO STIPULATED.

                                                Respectfully submitted,

                                                SCOTT N. SCHOOLS
                                                United States Attorney

DATED: October 3, 2007                    /s/
                                                SARA WINSLOW
                                                Assistant United States Attorney
                                                Attorneys for Defendant HHS

SHOOK, HARDY & BACON, LLP

DATED: October 3, 2007

/s/
FRANK C. ROTHROCK
DAROLYN Y. HAMADA
Attorneys for Defendant Guidant Corp.

HERSH & HERSH
A PROFESSIONAL CORPORATION

DATED: October 3, 2007

/s/
AMY ESKIN
JEANETTE HAGGAS
Attorneys for Plaintiff

[**PROPOSED**] **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated 10/9/07

HON. PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

STIP RE BRIEFING SCHEDULE
C 06-4234 PJH                                      -2-