Frank C. Rothrock, State Bar No. 54452
Darolyn Y. Hamada, State Bar No. 192334
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, CA 92614-2546
Telephone: (949) 475-1500
Facsimile: (949) 475-0016
Email: frothrock@shb.com
Email: dhamada@shb.com

James K. Vines (admitted *pro hac vice*)
Simeon M. Schopf (admitted *pro hac vice*)
KING & SPALDING
1700 Pennsylvania Ave., NW, Suite 200
Washington, DC  20006-4706
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: jvines@kslaw.com
Email: sschopf@kslaw.com

Attorneys for Intervenor-Defendant
Guidant Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERSH & HERSH, | CASE NO.:  C 06-4234 PJH |
| Plaintiff, | **STIPULATION TO AMEND BRIEFING SCHEDULE;** |
| v. | **[PROPOSED] ORDER** |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | |
| Defendant, | |
| and | |
| GUIDANT CORPORATION, | |
| Intervenor. | |

43488v1

STIPULATION TO AMEND BRIEFING SCHEDULE
CASE NO. C 06-4234 PJH

Subject to the Court's approval, Plaintiff, Hersh & Hersh, and Defendants, United States Department of Health and Human Services and Guidant Corporation, hereby agree and stipulate to amend the present briefing schedule in the above-captioned FOIA case as follows:

| | |
|---|---|
| October 24, 2007 | Defendants' Motion for Summary Judgment and <u>Vaughn</u> index due |
| November 21, 2007 | Plaintiff's Opposition due |
| December 5, 2007 | Defendant's Reply due |
| December 19, 2007 | Motion hearing |

Good cause exists for a one-week extension of the briefing schedule because Plaintiff and Guidant Corporation are engaged in earnest discussions, with certain key counsel out of the district, that may have a material impact on this litigation. The parties believe that extending the briefing schedule by a week will give sufficient time to determine whether these discussions will be fruitful or not.

IT IS SO STIPULATED.

Dated:  October 17, 2007        SHOOK, HARDY & BACON L.L.P.


                                By:  _____/s/_____
                                     Darolyn Y. Hamada
                                Attorneys for Defendant Guidant Corporation

Dated:  October 17, 2007        SCOTT N. SCHOOLS
                                United States Attorney


                                By:  _____/s/_____
                                     SARA WINSLOW
                                Assistant United States Attorney
                                Attorneys for Defendant HHS

Dated: October 17, 2007

HERSH & HERSH
A PROFESSIONAL CORPORATION

By: ___/s/___
AMY ESKIN
JEANETTE HAGGAS
Attorneys for Plaintiff

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 10/17/07

NO FURTHER EXTENSIONS WILL BE APPROVED.

HON. PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA