UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERSH & HERSH

    Plaintiffs,

    v.

US DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

    Defendants.
_____/

No. C 06-4234 PJH

**ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

In view of the court's voluminous civil law and motion calendar and the court's need for additional time in which to review the papers submitted in connection with the hearing on the pending motion for summary judgment, the hearing has been CONTINUED from December 19, 2007, to January 23, 2008, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated: December 14, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge