UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERSH & HERSH,

    Plaintiff,

    v.

US DEPARTMENT OF HEALTH
AND HUMAN SERVICES, et al.,

    Defendants.
_____/

No. C 06-4234 PJH

**ORDER REQUIRING FURTHER BRIEFING**

Defendants' motion for summary judgment came on for hearing before this court on January 23, 2008. As made clear in both the parties' papers and their arguments at the hearing, a key issue to be resolved in deciding defendants' motion is the applicability of the FOIA exemption set forth in 5 U.S.C. § 552(b)(4). This exemption prevents the disclosure of commercial and financial information obtained from a person or by the government that is privileged or confidential. See, e.g., GC Micro Corp. v. Defense Logistics Agency, 33 F.3d 1109, 1112 (9th Cir. 1994). As the parties acknowledge, a commercial or financial matter is deemed "confidential," in turn, if disclosure of the information is likely to have *either* of the following effects: (1) to impair the Government's ability to obtain necessary information in the future; or (2) to cause substantial harm to the competitive position of the person from whom the information was obtained. See id.; see also National Parks and Conservation Ass'n v. Morton, 498 F.2d 765, 770 (D.C.Cir.1974).

While defendants argue for application of exemption b(4) under either of the two prongs set forth under the test for confidentiality, however, defendants have failed to submit any competent evidence addressing the former – i.e., establishing that disclosure of the information withheld in this case would impair the Government's ability to obtain necessary

information in future. While defendants have argued as much in their papers, no evidence on this point has actually been submitted for consideration (the government declarations that *have* been submitted address only the latter).

For that reason, and because the court desires to have a complete record before it in deciding the motion for summary judgment, the court accordingly instructs defendants to submit further competent evidence on this point in support of defendants' claim of confidentiality for the withheld documents – from the relevant HHS or other government authority – if defendants wish to have the court evaluate the applicability of the b(4) exemption on the above ground. Defendants shall submit any further evidence addressing this issue no later than **February 11, 2008**. The evidence may be accompanied by a brief not in excess of 5 pages. Plaintiff may respond by submitting an opposing brief not exceeding 5 pages, no later than **February 18, 2008**. Thereafter, the matter will be taken under submission, and a further order will be issued by the court making a final determination on the merits of the motion for summary judgment.

**IT IS SO ORDERED.**

Dated: January 28, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge