```
JOSEPH P. RUSSONIELLO (CA Bar No. 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
SARA WINSLOW (DCBN 457643)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6925
    Facsimile: (415) 436-6748
    Email: sara.winslow@usdoj.gov
Attorneys for Defendant HHS
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HERSH & HERSH, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES, et )<br>al., )<br>   Defendants. )<br>_____ ) | No. C 06-4234 PJH<br><br>**STIPULATION IN RESPONSE TO COURT'S MARCH 31, 2008 ORDER; [P~~ROPOSED~~] ORDER** |

Subject to the Court's approval, Plaintiff, Hersh & Hersh, and Defendants, United States Department of Health and Human Services (HHS) and Guidant Corporation, hereby agree and stipulate to the following.

1. By April 30, 2008, HHS will produce to Plaintiff the documents and information previously withheld under FOIA exemption b(6), in accordance with the Court's March 31, 2008 Order.

2. The parties hereby request that the following documents be withdrawn from the docket and no longer be part of the public record, in accordance with the Court's March 31, 2008 Order:

- Docket No. 67, Exhibits J-P;
- Docket No. 82, Exhibits G-M; and
- Docket No. 86, Exhibits G-M.

IT IS SO STIPULATED.

|   |   |
|---|---|
| | Respectfully submitted, |
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| DATED: April 9, 2008 | /s/<br>SARA WINSLOW<br>Assistant United States Attorney<br>Attorneys for Defendant HHS |
| | SHOOK, HARDY & BACON, LLP |
| DATED: April 9, 2008 | /s/<br>FRANK C. ROTHROCK<br>DAROLYN Y. HAMADA<br>Attorneys for Defendant Guidant Corp. |
| | HERSH & HERSH<br>A PROFESSIONAL CORPORATION |
| DATED: April 9, 2008 | /s/<br>AMY ESKIN<br>JEANETTE HAGGAS<br>Attorneys for Plaintiff |

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The Clerk shall withdraw the following documents from the docket in this case and they shall no longer be a part of the public record:

- Docket No. 67, Exhibits J-P;
- Docket No. 82, Exhibits G-M; and
- Docket No. 86, Exhibits G-M.

IT IS SO ORDERED.

Dated 4/10/08

HON. PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

STIP & [PROPOSED] ORDER
C 06-4234 PJH                            -2-