UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERSH & HERSH,

    Plaintiff,

    v.

US DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

    Defendants.
_____/

No. C 06-4234 PJH

**JUDGMENT**

    This action came on for hearing before the court and the issues having been duly heard and the court having granted in part and denied in part defendant's and the intervenor's motion for summary judgment, and the parties having notified the court that judgment may now be entered in the case,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: May 5, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge